### 18901.   RINZLER *v.* AKIN.

HEAD, Justice.   The petition in the present case stated a cause of action for injunctive relief against the maintenance of a continuing nuisance, and the trial judge erred in sustaining the general demurrer to the petition.   *Rinzler* v. *Folsom,* 209 *Ga.* 549 (74 S. E. 2d 661), and cases cited; *Levin* v. *Myers,* 211 *Ga.* 474 (86 S. E. 2d 283).

*Judgment reversed.   All the Justices concur.*

ARGUED MARCH 15, 1955—DECIDED APRIL 11, 1955.

*Cohen, Roberts & Kohler*, for plaintiff in error.
*Barrett & Hayes*, contra.